IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE ORR, #132 726, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO 2:16-cv-004-WHA |
| ) | |
| LEEPOSEY DANIELS, Warden, and ) | (WO) |
| LUTHER STRANGE, Attorney General, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #7), entered on March 22, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that, pursuant to the Petitioner's notice of voluntary dismissal (Doc. #6), this case is DISMISSED without prejudice under *Fed.R.Civ.P.* 41(a)(1)(A)(i).

DONE this 12th day of April, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE